IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON D. YONAI,

     Plaintiff,      No. CIV S-06-2486 DFL DAD P

     vs.

THOMAS B. TEAFORD, et al.,

     Defendants.    <u>ORDER</u>

_____/

  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not submitted the required $350.00 filing fee or an application to proceed with this action in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee or submit a properly completed application to proceed in forma pauperis.

  In accordance with the above, IT IS HEREBY ORDERED that:

  1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or an application to proceed in forma pauperis on the form provided by the court with this order; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner for use in a prisoner civil rights action.

DATED: November 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
yona2486.3a

2