IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON D. YONAI,

      Plaintiff,                    No. CIV S-06-2486 DFL DAD P

   vs.

THOMAS B. TEAFORD, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff filed a civil rights complaint on November 8, 2006, but failed to submit the filing fee or an application to proceed in forma pauperis. By order filed November 14, 2006, plaintiff was granted thirty days to pay the fee or file a properly completed in forma pauperis application. Plaintiff has not yet complied with the court's order but has filed other documents.

      Plaintiff is informed that his complaint will be screened after he pays the filing fee or files an in forma pauperis application that can be granted. At this stage of the litigation, plaintiff's filings are premature and will be denied without prejudice.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 30, 2006 motion for appointment of counsel, improperly captioned for filing in two pending cases, is denied without prejudice;

/////

2. Plaintiff's November 30, 2006 request to add a defendant to the above-captioned case and for transfer of the case to a specific magistrate judge is denied without prejudice;

3. Plaintiff's November 30, 2006 summons, improperly captioned for filing in two pending cases, will be disregarded;

4. Plaintiff's December 1, 2006 motion for appointment of counsel is denied without prejudice;

5. Plaintiff's December 1, 2006 motion for summary judgment is denied without prejudice;

6. Plaintiff's December 1, 2006 request for production of documents is denied without prejudice;

7. Plaintiff's December 1, 2006 proposed order to show cause for injunctive relief is denied without prejudice.

DATED: December 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
yona2486.31+

2